

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Elsa Moncerrat GUTIERREZ-Ceballos, ) <br> ) <br> ) <br> Defendant. ) <br> _____ ) | Magistrate Case No. 21MJ0132 <br><br> **COMPLAINT FOR VIOLATION OF** <br> Title 8 U.S.C. Section <br> 1324(a)(2)(B)(iii)- <br> Bringing in Unlawful Alien(s) <br> Without Presentation |

The undersigned complainant being duly sworn states:

On or about January 13, 2021, within the Southern District of California, Defendant, Elsa Moncerrat GUTIERREZ-Ceballos, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that said aliens, namely, Luis CAVERO-Bautista and A.C.M., had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference

SIGNATURE OF COMPLAINANT
Ramon A. Galindo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1 on January 14, 2021.

HON. ALLISON H. GODDARD
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that Luis CAVERO-Bautista and A.C.M., are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material; that it is impractical to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On January 13, 2021, at approximately 9:43 A.M., Elsa Moncerrat GUTIERREZ-Ceballos (Defendant), a United States citizen, applied for entry into the United States from Mexico at the Otay Mesa Port of Entry vehicle primary lanes as the driver of a Ford Windstar bearing California license plates. Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant presented her United States Passport card, and minor passenger L.A.M. claiming to be her daughter presented a United States Birth certificate and Arizona Identification card. Defendant stated she was going to Otay Mesa, California with nothing to declare from Mexico. The primary officer noticed irregular travel patterns and elected to refer the Defendant and vehicle to secondary inspection.

In secondary, Defendant drove the vehicle through the Z-portal X-ray machine and a CBP Officer noticed two bodies within the cargo area. CBP Officers responded and Defendant was handcuffed and escorted to the security office for further inspection. CBP Officers assisted and removed two individuals from the cargo area. The individuals were later identified as Luis CAVERO-Bautista (Material Witness 1) and A.C.M. (Material Witness 2), determined to be citizens of Mexico without legal documents to enter the United States, and are now held as Material Witnesses.

1

At approximately 1:21 P.M., Defendant was advised of her Miranda Rights and elected to give a statement. Defendant stated that she had purchased the vehicle from a known drug smuggler two days ago. Defendant stated that she was traveling to San Diego, CA to a clinic to obtain a free COVID-19 test so she can begin new employment in Otay Mesa, CA. Defendant stated the vehicle was malfunctioning prior to crossing the border so she took the vehicle to a known mechanic's house. Defendant stated the mechanic inspected the vehicle for about 8-13 minutes and advised her the vehicle needed an oil change. Defendant stated she drove to the border after meeting with the mechanic. Defendant denied knowledge of the smuggling act.

A video-recorded interview was conducted on L.A.M. and she stated they stopped at a gas station prior to crossing the border where they met a mechanic. L.A.M. stated they followed the mechanic to an unknown location where he placed a GPS tracking device on the vehicle. L.A.M. stated they drove directly to the border after meeting with the mechanic. L.A.M. denied knowledge of the smuggling act.

A video-recorded interview was conducted with Material Witnesses. Material Witnesses stated they are citizens of Mexico without lawful documents to enter or reside in the United States. Material Witnesses stated a family member who resides in Salinas, California made the smuggling arrangements for them and would pay $16,000 United States dollars for Material Witness 1 and an unknown amount for Material Witness 2 upon successful entry into the United States. Material Witnesses stated they were going to Salinas, California.